# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN

### CRIMINAL ACTION NO. 1:07CR-00023-TBR-(2)

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**

**RICHARD EDWARD PARROTT**                                  **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

      The Defendant, by consent, has appeared before me pursuant to Rule 11, Federal Rules of Criminal Procedure, and has entered a plea of guilty to Counts One, Three and Four of the Four-Count Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. I, therefore, recommend that the plea of **GUILTY** be accepted and that the Defendant be adjudged **GUILTY** and have sentence imposed accordingly.

      ENTERED this

## NOTICE

Failure to file written objections to this Report and Recommendation within (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).

Date of Service:

Copies to:   Counsel of Record
             US Marshal
             US Probation
             Ms. Kelly Harris, Case Manager